**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Case No. 2:26-CR-126(3)**
**JUDGE EDMUND A. SARGUS, JR.**

**v.**

**KEYSHAWN MCELROY,**

**Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment without prejudice against Keyshawn McElroy (ECF No. 72.) Specifically, the Government has requested to dismiss Count Three and Forfeiture Allegation A as to Keyshawn McElroy, representing it no longer believes the continued prosecution of the above-named defendant is in the furtherance of justice.

The Motion to Dismiss the Indictment is **GRANTED** and this case against Keyshawn McElory is now **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

**10/28/2026**
**DATED**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**